9-5-22

Dear Judge Howard

FILED
2022 SEP -9 PM 12: 54
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

I am writing this letter to you out of concern for the retaliation and abuse that has taken place over the past 3 months. The very First Day that the Day Room was run on the wing that I was housed on, on 5-11-22, I was taken off the wing after 15-20 minutes. I was violently attacked by 5 officers. These injuries were later documented with photographs by a captin. I was then accused of being on Drugs, which was Disproven by a Negative drug test. But the very same officers that attacked me wrote a Disciplinary Report for me being "Observed to be under the influence". which carries a visitation suspension of 6 months to a year. This all occured on 5-11-22.

Detectives came to the prison to investigate this assault. I declined to press charges or even give the names of the officers involved. I had been promised that if I refused to press charges that I would have the Disciplinary Report droped.

Not only Did the Disciplinary report, which is Blatantly false, not get droped but the abuse escilated. I was Starved down to 130 pounds.

I was violently attacked repeatedly by officers, Teeth knocked out. They've refused to document injuries or investigate. The abuse became so bad that I reached a point where I literally went insane.

At one point I was injected with Haladol and left unconscious in a cell, defenceless. The cell was unsecured and while unconscious I was Raped.

The abuse was so bad, physically and psychologically, that I hung myself. I had to be ambulanced to UF Shands.

I've been informed more then once that this all stems from my advocating for the "Day Room" and privileges that we don't have. The Officers and Brass at Union CI have buried me under so many trumpt up Disciplinary Reports that I have 6 months Disciplinary confinement and they're planning to suspend my visiting privileges indefinitly.

This is what happens when an inmate advocates for himself and fellow inmates.

Don't take my word for it, look into it for yourself. These people intend to kill me or push me to kill myself again. I just want you to know.     - Michael Shane Bargo Jr.  #u41472